STONE, RESPONDENT, *v.* CITY OF BUTTE, APPELLANT.

(No. 2,758.)

(Submitted January 22, 1910.  Decided February 4, 1910.)

[107 Pac. 411.]

(See syllabus in *Smith* v. *City of Butte, ante,* p. 445.)

*Appeal from District Court, Silver Bow County; John B. Mc-Clernan, Judge.*

ACTION by William John Stone against the City of Butte. Judgment for plaintiff. Defendant appeals. Affirmed.

*Mr. E. M. Lamb,* and *Mr. John R. Boarman,* for Appellant.

*Messrs. Breen & Hogevoll,* for Respondent.

MR. JUSTICE SMITH delivered the opinion of the court.

On the authority of *Smith* v. *City of Butte, ante,* p. 445, 107 Pac. 409, the judgment and order of the district court of Silver Bow county, from which appeals have been taken in this case, are affirmed.

*Affirmed.*

MR. CHIEF JUSTICE BRANTLY and MR. JUSTICE HOLLOWAY concur.